RECEIVED
IN LAKE CHARLES, LA

DEC 22 2016

TONY R. MOORE, CLERK
BY_____
        DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 6:16-0110 |
| VS. | * | JUDGE MINALDI |
| THOMAS HANES (01) | * | MAGISTRATE JUDGE HANNA |

### JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for Report and Recommendation. The defendant waived the fourteen day period within which to file written objections. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein. Accordingly;

The guilty plea of the defendant, Thomas Hanes, is **ACCEPTED** in accordance with the terms of the plea agreement filed in the record of these proceedings. **IT IS THEREFORE ORDERED** that Thomas Hanes is finally adjudged guilty of the offenses charged in Counts Two and Four of the Indictment.

**THUS DONE AND SIGNED**, in chambers, in Lake Charles, Louisiana, on this _19_ day of December, 2016.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE